UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
LUIS & MARIA
RANGEL

CASE NO. 17-24953-LMI
Chapter 13

_____Debtors_____/

### DEBTORS' MOTION FOR EARLY PAYOFF OF CHAPTER 13 PLAN

COMES NOW the Debtor, by and through undersigned counsel and hereby files this Motion for Early Payoff of Chapter 13 Plan and as grounds would state as follows:

1. That this case commenced as a Chapter 13 case on December 15, 2020.

2. That the Debtors' have filed a Third Modified Plan at DE:96 that will pay 100% of unsecured claims against the Debtors. A motion to approve this modification is set for March 3, 2020 and hearing on this motion is expected to be set for the same day.

3. That at the time of this Motion, the Debtors are in Month 26 of their 60 month Chapter 13 plan.

4. That this Motion assumes that the Motion to Modify the Debtors' Plan under the Third Modified Plan will be granted. If the Motion to Modify is Denied, this Motion will be withdrawn.

5. That to complete their total plan amount base under the Third Modified Plan, the Debtors will need to pay to the Trustee the amount of $35,071.45, which the Debtor is able and willing to pay

after granting of this Motion.

6. That the Debtors request that they be able to pay the remaining balance of their Chapter 13 plan and subsequently obtain their discharge.

**WHEREFORE**, Debtors request that this Honorable Court grant its foregoing motion, and any such other relief as this Court may deem just and proper.

## CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090 (A)1, and that a true and correct copy foregoing was furnished by Electronic Mail to the below parties, this 7h day of February, 2020.

Office of the U.S. Trustee
51 SW 1st Avenue
Miami, FL 33130

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

        **KENNETH S. ABRAMS, P.A.**
        Attorneys for Debtor(s)
        1800 SW 27th Avenue, Suite 609
        Miami, FL 33145
        Telephone: (305) 598-1880
        Facsimile: (305) 598-1881

By:    */s/Kenneth S. Abrams, Esq.*
        KENNETH S. ABRAMS, ESQ.
        Florida Bar No.: 107293